FILED
JAMES J. VILT, JR. - CLERK

DEC 14 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 1:22-CR-43-GNS

18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 1343
28 U.S.C. § 2461

**CHARLES DAVIS**

The Grand Jury charges:

COUNT 1
(*Wire Fraud*)

Beginning in or about July 2019, and continuing to in or about December 2020, in the Western District of Kentucky, Russell County, Kentucky, and elsewhere, the defendant, **CHARLES DAVIS**, devised a scheme and artifice to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme, caused signs, signals, and sounds to be transmitted by means of wire communication in interstate commerce: to wit, **CHARLES DAVIS**, while working as treasurer for the Russell County Arts Council (RCAC) in Jamestown, Kentucky, exceeded his authorized access by depositing RCAC funds into his personal bank account, using RCAC funds to make online payments to his personal credit cards, with the total amount of loss being approximately $116,688.57, and on September 18, 2019, he used $869.43 in funds in the RCAC First National Bank of Russell Springs account to pay his personal JP Morgan Chase Ink credit card, which caused an interstate wire transaction to be initiated from Kentucky to servers in New Jersey.

In violation of Title 18, United States Code, Section 1343.

The Grand Jury further charges:

COUNT 2
(*Wire Fraud*)

Beginning in or about April 2017, and continuing to in or about December 2020, in the Western District of Kentucky, Russell County, Kentucky, and elsewhere, the defendant, **CHARLES DAVIS**, devised a scheme and artifice to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme, caused signs, signals, and sounds to be transmitted by means of wire communication in interstate commerce: to wit, **CHARLES DAVIS**, while working as treasurer for the Artworks in Jamestown, Kentucky, exceeded his authorized access by using PayPal Instant Transfer to transfer $224,142.79 out of the Artworks funds to his personal bank account, and on October 31, 2020, he used PayPal to transfer $2,600.00 in funds in the Artworks Bank of Jamestown account to pay his personal PayPal account, which caused an interstate wire transaction to be initiated from Kentucky to servers in Utah, Arizona, or Nevada.

In violation of Title 18, United States Code, Section 1343.

NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Section 1343, as alleged in Counts 1 and 2 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **CHARLES DAVIS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code,

Section 2461, any and all property constituting, or derived from, proceeds defendant obtained, directly or indirectly, as a result of the violations alleged in Counts 1 and 2 of this Indictment.

A TRUE BILL.

REDACTED

FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:MTS

UNITED STATES OF AMERICA v. CHARLES DAVIS

## PENALTIES

Count 1: NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2: NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.